UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANO VITO ACUNA, | No. 2:20-cv-785-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| G. MATTESON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed June 24, 2020, are adopted in full;

2. The petition (ECF No. 1) is DISMISSED for failure to state a cognizable federal claim;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

Dated:  August 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE